UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDGAR JARA,

                Plaintiff,

-against-

KENNETH HAMILTON, shield no. 2709, individually and as a police officer of the Suffolk County, New York Police Dept., "John Doe and Jane Doe 1-10, said names being fictional and referring to police officers affiliated with the Suffolk County, New York Police Dept. whose names are currently not known by the plaintiff, individually and as police officers of the Suffolk County New York Police Dept., SUFFOLK COUNTY POLICE DEPARTMENT and the COUNTY OF SUFFOLK,

                Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

**CV09-3650 (MKB)(AKT)**

---

MARY JARA,

                Plaintiff,

-against-

KENNETH HAMILTON, shield no. 2709, individually and as a police officer of the Suffolk County, New York Police Dept., "John Doe and Jane Doe 1-10, said names being fictional and referring to police officers affiliated with the Suffolk County, New York Police Dept. whose names are currently not known by the plaintiff, individually and as police officers of the Suffolk County New York Police Dept., SUFFOLK COUNTY POLICE DEPARTMENT and the COUNTY OF SUFFOLK,

                Defendants.

**CV09-3651 (MKB)(WDW)**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

Counsel for the respective parties hereto, that the above-captioned actions be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated:  Holtsville, New York
        August          , 2012

_____
Law offices of
TOR JACOB WORSOE, JR.
Attorney for Edgar Jara and Mary Jara
997 Waverly Avenue
Holtsville, New York 11742

Dated:  Hauppauge, New York
        August 22, 2012

_____
DENNIS M. COHEN
Suffolk County Attorney
Attorney for Defendants
Kenneth Hamilton, County of Suffolk
and Suffolk County Police Department
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
By:   RICHARD T. DUNNE
      Assistant County Attorney

**SO ORDERED:**

**Dated:   August          , 2012**

**Central Islip, New York**

_____
**U.S.D.J.**